# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM LOVE, | ) | 1: 12-cv-01055-LJO-BAM |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING FINDINGS &** |
| | ) | **RECOMMENDATIONS DENYING** |
| v. | ) | **PLAINTIFF'S MOTION TO PROCEED** |
| | ) | **IN FORMA PAUPERIS WITHOUT** |
| VIE-DEL, | ) | **PREJUDICE** |
| | ) | |
| Defendants | ) | |

Plaintiff William Love ("Plaintiff"), an individual proceeding pro se, filed this employment discrimination action on June 28, 2012. (Doc. 1.) On that same date, Plaintiff filed an Application to Proceed In Forma Pauperis ("IFP"), seeking to be excused from having to pay the required $350 filing fee. (Doc. 2.) On July 12, 2012, the Magistrate Judge issued Findings and Recommendations recommending the IFP Motion be denied without prejudice, noting Plaintiff's lack of candor and cavalier treatment of his poverty status in completing his IFP Application. (Doc. 3.)

The July 12, 2012 Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days of the date of the Order. (Doc. 3.) The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of Title 28 of the United States Code section 636(b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, dated July 12, 2012, are adopted in full;
2. Plaintiff's Motion to Proceed *in forma pauperis* is denied without prejudice;
3. Plaintiff is required to submit an amended In Forma Pauperis Application, or payment of the $350 filing fee, within 30 days of the date of this order.

Failure to submit an amended In Forma Pauperis Application or the $350 filing fee will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:  August 1, 2012**                     /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE