# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOVE, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VIE-DEL, ) <br> ) <br>     Defendants ) <br> _____ ) | 1: 12-cv-01055-LJO-BAM <br><br> **ORDER DISMISSING PLAINTIFF'S CLAIMS** |

Plaintiff William Love ("Plaintiff"), an individual proceeding pro se, filed this employment discrimination action on June 28, 2012. (Doc. 1.) On that same date, Plaintiff filed an Application to Proceed In Forma Pauperis ("IFP"), seeking to be excused from having to pay the required $350.00 filing fee. (Doc. 2.) On July 12, 2012, the Magistrate Judge issued Findings and Recommendations recommending the IFP Motion be denied without prejudice, noting Plaintiff's lack of candor and cavalier treatment of his poverty status in completing his IFP Application. (Doc. 3.) Those Findings and Recommendations were adopted in full on August 2, 2012. (Doc. 4.) The Order adopting the Findings and Recommendations required Plaintiff to submit an amended In Forma Pauperis Application, or payment of the $350 filing fee, by September 2, 2012. (Doc. 4.) As of September 17, 2012, Plaintiff has not filed an amended IFP application, nor has Plaintiff tendered the requisite filing fee.

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED WITHOUT
2  PREJUDICE.  The clerk is directed to close this action.

6  IT IS SO ORDERED.

7  **Dated:   September 17, 2012**              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE